IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

TERESA FOBERT,                     )

                              )

           Plaintiff,             )    TC-MD 140031C

                              )

      v.                          )

                              )

DEPARTMENT OF REVENUE,    )

State of Oregon,              )

                              )

          Defendant.      )    **FINAL DECISION**

The court entered its Decision in the above-entitled matter on May 20, 2014. The court did not receive a request for an award of costs and disbursements (TCR-MD 19) within 14 days after its Decision was entered. The court's Final Decision incorporates its Decision without change.

This matter comes before the court on Defendant's Motion to Dismiss (Motion), filed April 23, 2014, and Plaintiff's motion for reconsideration, filed May 5, 2014.

Plaintiff filed her Complaint on January 27, 2014, appealing Defendant's conference decision, dated June 26, 2012, finding Plaintiff liable for withholding taxes; Plaintiff appealed tax years 2009, 2010, and 2011. (Ptf's Compl at 1; *see* Def's Answer at 4.) Defendant filed a Motion to Dismiss on February 10, 2014, requesting, in pertinent part, dismissal of Plaintiff's appeal for the relevant quarters of tax years 2009 and 2010. (Def's Mot to Dismiss at 1, Feb 10, 2014.) On April 16, 2014, the court granted Defendant's Motion to Dismiss as to only those named quarters. (Order at 1.) The court held that "Plaintiff's challenge to Defendant's determination that Plaintiff is liable for unpaid employer withholding taxes * * * for the first and second quarters of 2011 will proceed." (*Id*. at 9.) Trial is set for June 18, 2014, in the Oregon Tax Court, Salem, Oregon.

On April 23, 2014, Defendant filed its Motion, request dismissal of the remaining two quarters of 2011 "because [D]efendant will remove [] [P]laintiff as a liable entity from the [remaining] assessments * * * [therefore] there is no issue for the court to hear [and] [P]laintiff's appeal is moot." (Def's Mot at 1.) Plaintiff filed a response to Defendant's Motion on May 5, 2014, stating "[p]er the Motion to Dismiss * * * I agree with [] [Defendant[.]" (Ptf's Ltr at 1). Because the parties are in agreement as to the 1st and 2nd Quarters of tax year 2011, the court will grant Plaintiff the relief outlined in Defendant's Motion.

On May 5, 2014, Plaintiff filed a motion for reconsideration of the court's April 16, 2014, Order Granting Partial Dismissal, asserting "I [] disagree[] with the decision based on the information and attachments enclosed." (Ptf's mot reconsid at 1.) Plaintiff attached to her motion for reconsideration, documents she believed to be persuasive. (*Id*. at 2-10.) The court has reviewed Plaintiff's documents and request and denies her motion for reconsideration.

Because all issues before the court are resolved, this appeal is ready for decision. Now, therefore,

IT IS THE DECISION OF THIS COURT that Defendant's Motion to Dismiss, dated February 10, 2014, is granted in part; Plaintiff's appeal involving the second, third, and fourth quarters of 2009, and the first, second, and third quarters of 2010 is dismissed as untimely.

IT IS FURTHER DECIDED that Defendant shall remove Plaintiff as a liable party for the first and second quarters of 2011.

IT IS FURTHER DECIDED that Plaintiff's motion for reconsideration is denied.

/ / /

/ / /

/ / /

IT IS FURTHER DECIDED that, all issues before the court being resolved, trial in this matter shall be canceled.

Dated this ____ day of May 2014.

_____
DAN ROBINSON
MAGISTRATE

*If you want to appeal this Final Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Final Decision or this Final Decision cannot be changed.*

*This document was signed by Magistrate Dan Robinson on May 29, 2014. The court filed and entered this document on May 29, 2014.*